■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK THOMAS, Appellant. [715 NYS2d 339] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered January 22, 1997, convicting him of criminal possession of a controlled substance in the second degree and attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court properly denied the defendant's motion to withdraw his plea of guilty and sentenced him in accordance with the plea agreement (*see, People v Scialdone,* 228 AD2d 807). Mangano, P. J., S. Miller, Friedmann and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TRIPP, Appellant. [715 NYS2d 655] —Appeal by the defendant, from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered July 15, 1998, convicting him of robbery in the second degree and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal, executed at the time he entered his plea of guilty, was voluntarily, intelligently, and knowingly made, thereby precluding him from arguing on appeal that the sentence imposed was excessive (*see, People v Arthur C.,* 275 AD2d 748; *People v Strunkey,* 268 AD2d 492). Mangano, P. J., O'Brien, Thompson, Krausman and Feuerstein, JJ., concur.